# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | **14-1046 SWS** | USA vs. | **CARDOZA** |
| Date: | **08/26/2014** | Name of Deft: | **JORGE JOSE CARDOZA** |
| Before the Honorable | | **SCOTT W. SKAVDAHL, UNITED STATES DISTRICT JUDGE** | |

| | | | |
|---|---|---|---|
| Time In/Out: | **2:05 PM – 2:12 PM** | Total Time in Court (for JS10): | **7 MINUTES** |
| Clerk: | **JOANN O. STANDRIDGE** | Court Reporter: | **LCR TORTUGAS** |
| AUSA: | **MARK SALTMAN** | Defendant's Counsel: | **CHARLES MCELHINNEY** |
| Sentencing in: | **LAS CRUCES, NM** | Interpreter: | **N/A** |
| Probation Officer: | **ANDREA HERNANDEZ** | Sworn? | Yes / No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | **X** | Plea | | Verdict | As to: | **X** Information | Indictment |
| If Plea: | **X** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | **X** | Accepted | | Not Accepted | **No Plea Agreement** | Comments: | |
| Date of Plea/Verdict: | **04/13/2014** | | | | PSR: | **X** Not Disputed | Disputed |
| PSR: | **X** | Court Adopts PSR Findings | | | Evidentiary Hearing: | **X** Not Needed | Needed |
| Exceptions to PSR: | | | | | | | |

## SENTENCE IMPOSED

Imprisonment (BOP): **27 MONTHS**

| | | | | |
|---|---|---|---|---|
| Supervised Release: | **2 YEARS** | Probation: | | 500-Hour Drug Program |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | **X** | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| | Part in/success complete subst abuse program/testing | | Reside halfway house _____ months _____ days |
| | Part in/success complete mental health program | | Register as sex offender |
| | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| | No contact with co-defendant and co-conspirators | | No computer with access to online services |
| | No entering, or loitering near, victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| **X** | Participate in an educational or vocational program | | No loitering within 100 feet of school yards |
| **X** | OTHER: Defendant shall refrain from any unlawful use of a controlled substance. Defendant shall not possess a firearm, ammunition, destructive device, or any dangerous weapon. Defendant shall cooperate in the collection of DNA. | | |

| | | | | | |
|---|---|---|---|---|---|
| Fine: | $ | | Restitution: | $ | |
| SPA: | $ **100.00** | | Payment Schedule: | **X** Due Imm. | Waived |
| OTHER: | | | | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | | **FCI PHOENIX, ARIZONA (if eligible)** |
| | Dismissed Counts: | | |
| | OTHER COMMENTS | | |